## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DAMIAN LITTLE,

      Plaintiff,

   v.

DENISE BOLDEN REINARD,

      Defendant.

CIVIL NO. 4:26-CV-01849

(LATELLA, M.J.)

## **ORDER**

AND NOW, this 8th day of July, 2026, for the reasons stated in our accompanying Memorandum, it is **HEREBY ORDERED** as follows:

1. The above-captioned matter is consolidated with *Little v. Geisinger Health System, et al.*, No. 4:26-cv-01847;

2. Plaintiff shall file a consolidated pleading in Docket Number 4:26-cv-01847 that includes all facts and legal claims he wishes to raise against Defendants Geisinger Health System, William Perry, M.D., Emma Kitko, PA-C, and Denise Bolden Reinard, RN on or before July 29, 2026;

3. All future filings should be filed to Docket Number 4:26-cv-01847;

1

4. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) and Motion to Appoint Counsel (Doc. 3) in the above-captioned matter are **DENIED** as **MOOT;** and

5. The Clerk of Court is directed to **CLOSE** this case.

**/s/ Leo A. Latella**
Leo A. Latella
United States Magistrate Judge